# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **HEATHER MARKLE & TERESA WHEELER**, on behalf of themselves and others similarly situated, | CASE NO. 2:23-cv-2520 |
| Plaintiffs, | JUDGE EDMUND A. SARGUS, JR. |
| v. | MAGISTRATE JUDGE CHELSEY M. VASCURA |
| **SENIOR VILLAGE MANAGEMENT, LLC**, | |
| Defendant. | |

| | |
|---|---|
| **JEREI WILLIAMS**, on behalf of herself and others similarly situated, | |
| Plaintiff, | CASE NO. 2:22-cv-3420 |
| v. | JUDGE EDMUND A. SARGUS, JR. |
| **SENIOR VILLAGE MANAGEMENT, LLC**, | MAGISTRATE JUDGE CHELSEY M. VASCURA |
| Defendant. | |

## ORDER

This matter is before the Court on the Parties' Joint Notice of Settlement and Motion to Clarify. (ECF No. 54.)

This case[1] involves a collective action brought under the Fair Labor Standards Act ("FLSA"). (ECF No. 1); *Williams v. Senior Village Management, LLC et al*, No. 2:22-cv-03420 (S.D. Ohio June 14, 2023) (ECF No. 31). In July 2024, the Court granted in part and denied in part

---

[1] The above-captioned lawsuits were filed separately, but the Court consolidated the actions on October 30, 2023, and directed the parties to make all future filings in *Markle et al v. Senior Village Management, LLC*, Case No. 2:23-cv-02520 (S.D. Ohio). *Williams v. Senior Village Management, LLC et al*, No. 2:22-cv-03420 (S.D. Ohio Oct. 30, 2023) (ECF No. 56).

Plaintiffs' Motion for Order to Facilitate Court-Supervised Notice to Potential Opt-In Plaintiffs. (ECF No. 20.) In that Opinion and Order, the Court concluded that Plaintiffs demonstrated a strong likelihood of similarly situatedness but ordered the Parties to meet and confer to propose an updated notice consistent with the Court's findings. (*Id.*) The Parties complied (ECF No. 21), and the Court approved the revised notice and consent forms with one correction. (ECF No. 23.) Since notice was sent out, 23 notices of filing consent forms have been filed. (ECF Nos. 22, 24–26, 29–31, 33–48.) Now, the Parties have informed the Court that they reached a settlement and asked the Court to clarify whether they must seek Court approval of the settlement. (ECF No. 54.) The Court appreciates the parties' Notice and inquiry therein.

Because this case involves a FLSA collective, the proper mechanism to dismiss the case is a joint motion for approval of the settlement. *See, e.g.*, *Highman v. Northstar Cafe Easton, LLC*, No. 2:23-CV-1757 (S.D. Ohio June, 17, 2025) (ECF No. 60); *Hafley et al v. Amtel, LLC*, No. 1:21-cv-00203 (S.D. Ohio Mar. 27, 2024) (ECF No. 54) (Marbley, J.).

The Undersigned is aware of the current split among district courts within the Sixth Circuit on the issue of whether settlement of FLSA collective actions requires Court approval. *Compare Gilstrap v. Sushinati LLC*, 734 F. Supp. 3d 710, 714 (S.D. Ohio 2024) (Cole, J.) *with Maldonado v. WK Kellogg Co.*, No. 1:24-CV-90, 2025 WL 1427073, at *1 (W.D. Mich. May 6, 2025) (Jonker, J.). Reasonable minds can, and often do, differ, and both opinions are well-researched and well-reasoned. Absent further guidance from the Sixth Circuit or Supreme Court, the Undersigned will continue to require approval of FLSA settlements where opt-in plaintiffs have joined the suit, finding persuasive that such approach "satisfies the purpose, history, and text of the FLSA itself" and "best addresses policy concerns inherent in the collective action model." *Maldonado*, 2025 WL 1427073, at *1; *see also Lynn's Food Stores, Inc. v. United States*, 679 F.2d

1350, 1352 (11th Cir. 1982) (citation modified) (finding that court review and approval of FLSA settlements avoids any risk of "nullify[ing] the purposes of the statute" or "thwart[ing] the legislative policies it was designed to effectuate").

Accordingly, the parties are **ORDERED** to file a joint motion for approval of their FLSA settlement within 30 days of this Order.

This case remains open.

**IT IS SO ORDERED.**

| | |
|---|---|
| **11/24/2025** | **s/Edmund A. Sargus, Jr.** |
| **DATE** | **EDMUND A. SARGUS, JR.** |
| | **UNITED STATES DISTRICT JUDGE** |